Milton A. Lundstrom, Plaintiff-Appellant, v. Winnebago Newspapers, Inc., a Delaware Corporation, Defendant-Appellee.

**Gen. No. 11,399.**

Second District, First Division.

October 5, 1961.

Rehearing denied November 14, 1961.

Askow, Stevens & Hardy, of Chicago, and LaVerne E. Anderson, of Rockford, for appellant; Miller, Thomas, Hickey & Collins, for appellee. Opinion by JUDGE McNEAL. **Not to be published in full.**